**Kenneth P. Dobson, OSB No. 002435**
landlaw.oregon@gmail.com
Attorney at Law
0324 Abernethy Street
Portland, OR 97239
(503) 684-8198
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| SHERRI STUART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 6:17-cv-00065-JR |
| | ) |
| | )  Complaint |
| | ) |
| CAPITAL ONE BANK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, SHERRI STUART ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,

Dated: June 23, 2017

/s/ Kenneth P. Dobson
Kenneth P. Dobson
Attorney at Law
0324 S.W. Abernethy Street
Portland, Oregon 97239
Tel: (971) 717-6582
landlaw.oregon@gmail.com
Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

                                    By:    /s/ Kenneth P. Dobson
                                                  Kenneth P. Dobson
                                                  Attorney for Plaintiff