**Kenneth P. Dobson, OSB No. 002435**
landlaw.oregon@gmail.com
Attorney at Law
0324 Abernethy Street
Portland, OR 97239
(503) 684-8198
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| SHERRI STUART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 6:17-cv-00065-JR |
| | ) |
| | ) |
| | ) |
| CAPITAL ONE BANK, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SHERRI STUART ("Plaintiff"), and Defendant, CAPITAL ONE BANK, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.  Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: August 11, 2017                    Respectfully Submitted,

                                              By:/s/ Kenneth P. Dobson
                                              Kenneth P. Dobson
                                              Attorney at Law
                                              0324 S.W. Abernethy Street
                                              Portland, Oregon 97239
                                              Tel: (971) 717-6582
                                              landlaw.oregon@gmail.com

                                              ATTORNEY FOR PLAINTIFF


Dated: August 11, 2017                    Respectfully Submitted,

                                              By:/s/ Joel A. Parker
                                              Joel A. Parker
                                              Schwabe, Williamson & Wyatt
                                              1211 SW 5th Ave
                                              Suite 1600
                                              Portland, OR 97204
                                              Tel: (503) 796-2900
                                              Fax: (503) 796-2900
                                              jparker@schwabe.com

                                              ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Stipulation was submitted to all parties by way of the Court's CM/ECF System

           By:    /s/ Kenneth P. Dobson
                    Kenneth P. Dobson
                    Attorney for Plaintiff