IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRI STUART,<br><br>                    Plaintiff,<br><br>          V.<br><br>CAPITAL ONE BANK,<br><br>                    Defendant. | 6:17-cv-00065-JR<br><br>JUDGMENT |

Pursuant to the parties' Stipulation of Dismissal (ECF No. 11) this action is dismissed with prejudice and with all parties to bear their own fees and costs.

Dated this 14th day of August 2017.

                                        Mary L. Moran, Clerk of Court

                                        by: s/P. Bruch
                                              Paul Bruch, Deputy Clerk